UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL ALAN GOLDBERG,

Petitioner,

v.

WARDEN, FEDERAL BUREAU OF PRISONS,

Respondent.

No.  1:25-cv-01049-KES-SKO (HC)

ORDER HOLDING THE FINDINGS AND RECOMMENDATIONS IN ABEYANCE

ORDER DIRECTING THE CLERK OF COURT TO RE-SERVE (1) THE COURT'S ORDER GRANTING A STAY AND (2) THE PENDING FINDINGS AND RECOMMENDATIONS

Doc. 10

Petitioner Michael Alan Goldberg is a federal prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 9, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the petition for failure to prosecute.  Doc. 10.  The findings and recommendations concluded that dismissal for lack of prosecution was appropriate because over thirty (30) days have passed since petitioner's mail was returned to the Court and petitioner has not notified the Court of a current address.  *Id.* at 2.  Those findings and recommendations were served upon all parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  No objections have been filed, and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), the Court has conducted a de novo review of the case.  Having carefully reviewed the file and the Bureau of Prisons inmate locator, the Court notes that petitioner appears to have been transferred to FCI Cumberland, where he currently remains in federal custody.  As petitioner did not receive a copy of the magistrate judge's order granting a stay or the magistrate judge's findings and recommendations, it is in the interest of justice to serve them now at his new address.  However, petitioner still has a duty to inform the Court and respondent of his current address and must do so within thirty (30) days of service.

Accordingly,

1.    The findings and recommendations issued on January 9, 2026, Doc. 10, are held in abeyance;

2.    The Clerk of Court is directed to serve petitioner with the order granting motion to stay issued on October 23, 2025, Doc. 8, and the findings and recommendations issued on January 9, 2026, Doc. 10, at the following address:

> FCI Cumberland
> FEDERAL CORRECTIONAL INSTITUTION
> P.O. BOX 1000
> CUMBERLAND, MD 21501

3.    Petitioner is directed to file a notice of change in address within thirty (30) days of the date of service of this order;

4.    Petitioner is advised that failure to file the required notice of change of address will result in dismissal of the action for failure to comply with this order and the Local Rules.

IT IS SO ORDERED.

Dated:    February 12, 2026    _____

UNITED STATES DISTRICT JUDGE

2